STATE OF NORTH CAROLINA v. BILL HALL, PAUL RAY HALL
AND ROGER EVANS

No. 7319SC164

(Filed 31 January 1973)

ON *Certiorari* to review judgments of *Johnston, Judge,* entered at the 8 May 1972 Session of ROWAN Superior Court.

In separate warrants issued in Rowan District Court defendants were charged with assaulting a police officer while discharging a duty of his office. They were convicted in district court and from judgments imposed, they appealed to superior court.

In superior court the cases were consolidated for trial, defendants pleaded not guilty, a jury found them guilty as charged and from judgments imposing prison sentences, they gave notice of appeal to the Court of Appeals. For good cause shown as to why they were unable to docket their appeal within the time provided by our rules, we allowed defendants' petition for certiorari.

*Attorney General Robert Morgan by James E. Magner, Assistant Attorney General, for the State.*

*Carlton & Rhodes by Graham M. Carlton and Gary C. Rhodes for defendant appellants.*

BRITT, Judge.

After a careful review of the record on appeal, with particular reference to the questions raised in defendants' brief, we conclude that defendants received a fair trial free from prejudicial error.

No error.

Judges PARKER and VAUGHN concur.